**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1651**

MARQUEL ALI,

Plaintiff - Appellant,

v.

RALEIGH COUNTY; STEVEN TANNER, individually and in his official capacity
as Sheriff of Raleigh County; CITY OF BECKLEY; GARY EPLING, individually
and in his official capacity as detective with the Raleigh County Sheriff's
Department; DAVID SNUFFER, individually and in his official capacity as officer
with the Beckley Police Department; KENNETH L. PACK, individually and in his
official capacity as Corporal with the West Virginia State Police; JASON REDDEN,
individually and in his official capacity as officer with the West Virginia Division of
Corrections and subsequently Raleigh County Sheriff's Department,

Defendants - Appellees,

and

RALEIGH COUNTY SHERIFF'S DEPARTMENT; BECKLEY POLICE
DEPARTMENT; WEST VIRGINIA STATE POLICE,

Defendants.

Appeal from the United States District Court for the Southern District of West Virginia, at
Beckley. Irene C. Berger, District Judge. (5:17-cv-03386)

Submitted: May 11, 2020                          Decided: July 31, 2020

Before GREGORY, Chief Judge, RICHARDSON, Circuit Judge, and SHEDD, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Hoyt Glazer, LAW OFFICE OF HOYT GLAZER, PLLC, Huntington, West Virginia, for Appellant. Victor Flanagan, Kevin John Robinson, Jared Coy Underwood, Chip Edward Williams, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Beckley, West Virginia; Michael Deering Mullins, Robert L. Bailey, STEPTOE & JOHNSON PLLC, Charleston, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marquel Ali appeals the district court's order granting summary judgment to Defendants on Ali's claims that he was wrongfully arrested as a result of an improper investigation and prosecution, in violation of 42 U.S.C. § 1983 (2018), and related state law claims of abuse of process, malicious prosecution, negligent infliction of emotional distress, and intentional infliction of emotional distress. Ali also appeals the court's order denying leave to file a second amended complaint. We have reviewed the parties' briefs and the joint appendix and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ali v. Raleigh Cty.*, No. 5:17-cv-03386 (S.D.W. Va. Sept. 14, 2018 & May 15, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*